| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Derek Lynn Martin<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9954<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Rebecca Ann Martin<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1699<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–23664–ABA | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Derek Lynn Martin                        Rebecca Ann Martin

   10/19/22                         **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Derek Lynn Martin  
Rebecca Ann Martin  
    Debtors

Case No. 17-23664-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 19, 2022      Form ID: 3180W      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derek Lynn Martin, 8217 Barlfour Road, Pennsauken, NJ 08110-3301 |
| jdb | #+ | Rebecca Ann Martin, 8217 Barlfour Road, Pennsauken, NJ 08110-3301 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | LOANCARE, LLC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 516920442 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 516920441 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 516976142 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516920443 | + | Frederic I Weinberg, Esq., 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 516920444 | + | Frederic I Weinberg, Esq., 1001 E. Hector Street, Ste 220, Conshohocken, PA 19428-2395 |
| 516920448 | + | Law Offices of Frederic I. Weinberg, ATTN: Joel M. Flink, 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 516920452 | | Regional Orthopedic PA, PO Box 8566, Cherry Hill, NJ 08002-0566 |
| 516920453 | + | Regional Orthopedic Professional Sports, ATTN: Scott H. Marcus, Esquire, 121 Johnson Road, Blackwood, NJ 08012-1758 |
| 516920455 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2022 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2022 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516920437 | + | EDI: BANKAMER.COM | Oct 20 2022 00:43:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516920438 | | EDI: BANKAMER.COM | Oct 20 2022 00:43:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 516933577 | | EDI: DISCOVER.COM | Oct 20 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516920440 | + | EDI: DISCOVER.COM | Oct 20 2022 00:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516920439 | | EDI: IRS.COM | Oct 20 2022 00:43:00 | Department of the Treasury, Internal Revenue Service, PO Box 9019, Holtsville, NY 11742-9019 |
| 518181385 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 19 2022 20:49:00 | LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452, LOANCARE, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 518181384 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 19 2022 20:49:00 | LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 517118616 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2022 20:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516920449 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2022 20:50:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516920450 | | Email/Text: signed.order@pfwattorneys.com | Oct 19 2022 20:49:00 | Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516920451 | + | Email/Text: bkdepartment@rtresolutions.com | Oct 19 2022 20:50:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 516920454 | + | Email/Text: asmith@marcuslaw.net | Oct 19 2022 20:50:00 | Scott H. Marcus & Associates, 121 Johnson Road, Turnersville, NJ 08012-1758 |
| 516929082 | + | Email/Text: bankruptcy@bbandt.com | Oct 19 2022 20:50:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 516920456 | + | Email/Text: bankruptcy@bbandt.com | Oct 19 2022 20:50:00 | Suntrust Bank, Po Box 85052, Richmond, VA 23285-5052 |
| 516923138 | + | EDI: RMSC.COM | Oct 20 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516920457 | + | EDI: RMSC.COM | Oct 20 2022 00:43:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516920458 | + | EDI: WFFC2 | Oct 20 2022 00:43:00 | Wells Fargo Bank, Mac-F8235-02f, Po Box 10438, DesMoines, IA 50306-0438 |
| 517077268 | | EDI: WFFC2 | Oct 20 2022 00:43:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516920446 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 516920445 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 516920447 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2022      Signature:      /s/Gustava Winters

Case 17-23664-ABA    Doc 54    Filed 10/21/22    Entered 10/22/22 00:15:37    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: 3180W | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor LOANCARE  LLC. hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joel R. Spivack | on behalf of Joint Debtor Rebecca Ann Martin joel@spivacklaw.com  admin@spivacklaw.com;r44331@notify.bestcase.com |
| Joel R. Spivack | on behalf of Debtor Derek Lynn Martin joel@spivacklaw.com  admin@spivacklaw.com;r44331@notify.bestcase.com |
| Nicholas V. Rogers | on behalf of Creditor Ditech Financial LLC nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor LOANCARE  LLC. nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor LOANCARE  LLC. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12