Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−23664−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Derek Lynn Martin
8217 Barlfour Road
Pennsauken, NJ 08110

Rebecca Ann Martin
8217 Barlfour Road
Pennsauken, NJ 08110

Social Security No.:
xxx−xx−9954

xxx−xx−1699

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 10, 2022</u>      <u>Andrew B. Altenburg Jr.</u>
                                      Judge, United States Bankruptcy Court